# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**CHARLES E. HYDE**                                                                   **PLAINTIFF**

v.                    Civil No. 5:16-CV-5278

**JIM DIXON, et al**                                                            **DEFENDANTS**

## OPINION AND ORDER

Plaintiff Charles L. Hyde filed this 28 U.S.C. § 1983 action *pro se* on October 11, 2016. (Doc. 1). On December 7, 2016, in response to motions filed by Mr. Hyde, the Court entered an Order directing him to complete and file an Addendum by December 21, 2016, clarifying if he wished to dismiss this case. (Doc. 30). This Order was not returned as undeliverable. Mr. Hyde did not respond. He further failed to keep the Court apprised of a later address change. He was given until April 26, 2017, to show cause as to why he failed to obey the Orders of the Court. As part of that response, he was also ordered to complete an attached Addendum by April 26, 2017.

On May 8, 2017, Mr. Hyde filed a show-cause response, stating he did not keep the Court updated as to his address because he did not have a steady address and did not have access to paper and writing instruments. He further stated he did not receive the Addendum attached to the Show Cause Order. On May 9, 2017, Mr. Hyde was again ordered to complete the attached Addendum by May 23, 2017, and was advised that failure to complete and return the Addendum by May 23, 2017, would result in dismissal of his case for failure to obey a court order. (Doc. 36). To date, the Court has not received a response.

Therefore, **the case is DISMISSED WITHOUT PREJUDICE** for failure to prosecute this action and failure to follow the orders of the Court. Fed. R. Civ. P. 41(b).

IT IS SO ORDERED on this 5th day of June, 2017.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE